KUHNLE, SPECIAL ADMR., APPELLANT, *v.* ZANDER ET AL.;
ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Kuhnle v. Zander,* 103 Ohio St.3d 474, 2004-Ohio-5699.]

(No. 2004–0164—Submitted October 13, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Kyle v. Buckeye Union Ins. Co.,* 103 Ohio St.3d 170, 2004-Ohio-4885, 814 N.E.2d 1195.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Schuller Law Office, Raymond H. Pittman III and Allison M. Taylor, for appellant.

Vassar, Dills, Dawson & Bonfiglio, Paul R. Bonfiglio and Keith J. Winterhalter, for appellee.